**Sedgley M. MILLER, et al.**

v.

**Barbara SCAGNELLI, et al.**

Supreme Judicial Court of Maine.

Argued Jan. 24, 1985.

Decided Feb. 8, 1985.

642

STATE of Maine

v.

**Harold GLIDDEN.**

Supreme Judicial Court of Maine.
Argued Nov. 16, 1984.
Decided Feb. 11, 1985.

Strater, Hancock & Erwin, James R. Erwin (orally), York, for plaintiffs.

Ott & Clark, P.A., David N. Ott (orally), York, for defendants.

Before McKUSICK, C.J., and ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

### MEMORANDUM OF DECISION.

Defendants appeal from the denial of their motion for relief (M.R.Civ.P. 60(b)(6)) from an order requiring that they pay the costs of a survey performed in connection with litigation concerning a right of way. Rule 60(b)(6) requires a showing of injustice in the original order and the ruling of the Superior Court is reviewable only for an abuse of discretion. *See Merrill v. Merrill*, 449 A.2d 1120, 1125 (Me.1982). We find no abuse of discretion on the record before us.

The entry is:

Judgment affirmed.

All concurring.